THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE TOWN OF WEST SENECA, Appellant, *v.* THE PUBLIC SERVICE COMMISSION FOR THE SECOND DISTRICT OF THE STATE OF NEW YORK et al., Respondents.

*People ex rel. Town of West Seneca* v. *Public Service Commission,* 130 App. Div. 335, appeal dismissed.

(Argued April 26, 1909; decided May 4, 1909.)

MOTION to dismiss an appeal from an order of the Appellate · Division of the Supreme Court in the third judicial department, entered April 6, 1909, which affirmed an order of Special Term denying a motion for an absolute writ of prohibition to restrain the defendant Public Service Commission from further consideration of an application by the Terminal Railway of Buffalo for a rehearing.

The motion was made upon the ground that the order appealed from was not reviewable by the Court of Appeals.

*Charles A. Pooley* for motion.

*William J. Evans* and *William Brennan* opposed.

Motion granted and appeal dismissed, with costs, and ten dollars costs of motion.